IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL LABORERS' PENSION WELFARE AND ANNUITY FUNDS,   ) ) ) | |
| Plaintiff,   ) ) | |
| vs.   ) ) | Case No. 14-cv-00411-JPG-SCW |
| A&A ABATEMENT, LLC   ) ) | |
| and   ) ) | |
| ROGER HARSY,   ) ) | |
| Defendants.   ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the Court's Order (Doc. 16) directing the Defendants to Show Cause with regard to retaining counsel, or with regard to Defendant Roger Harsy, indicate that he is proceeding *pro se.*

Defendant Roger Harsy replied to the Show Cause Order (Doc. 17). He states several defenses to this action and that, "We do not want to be in union, please can they just leave us alone." Although the Court understands the potential frustration with pending litigation, the Court is required to adjudicate this matter on its merits. As such, Defendants are **WARNED** that failure to defend this matter by retaining counsel and/or proceeding *pro se* will result in default.

(*Pro se* means to represent oneself in a court proceeding without the assistance of a lawyer. This applies to individuals. Corporations and other artificial entities must appear in federal courts only through licensed counsel. *Rowland v. California Men's Colony*, 506 U.S. 194 (1993)).

Defendants are **GRANTED** an additional thirty (30) days from the date of this order to obtain counsel, or with regard to Defendant Roger Harsy, indicate that he is proceeding *pro se*.

**IT IS SO ORDERED.**

**DATED:** 2/5/2015          s/J. Phil Gilbert
                             **J. PHIL GILBERT**
                             **DISTRICT JUDGE**